IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


AZALENE HARE, ET AL                                                    PLAINTIFFS

VS.                                                  CIVIL ACTION NO. 4:02CV478LN

CITY FINANCE COMPANY, ET AL                                            DEFENDANTS


ORDER


This case was stayed by the Class Action Preliminary Approval Order issued by Judge Walter J. Gex, III, issued on May 3, 2004 in the case styled *Baker v. Washington Mutual Finance Group, LLC, et al, Civil Action No. 1:04CV137GRo* in the Southern Division of this court.  Thereafter, on January 19, 2004, this court entered an agreed order staying all proceedings pending the outcome of the Class Action Settlement Hearing and subsequently, agreed orders extending the stay were entered August 23, 2004 and October 20, 2004, respectively.  On June 24, 2005, the court was advised by counsel that Judge Gex had handed down an opinion and order approving the class settlement in Baker on May 16, 2005, but on June 13, 2005, nine objectors filed a notice of appeal to the United States Court of Appeals for the Fifth Circuit.  It has been represented to the court by counsel that the claims in Baker are virtually identical to the claims in this case, and the court understands that the results in Baker will likely be dispositive of this case.  Accordingly, IT IS HEREBY ORDERED that this case

be passed to the inactive files and may be reopened upon request of any party at such time as the appeal in Baker has been resolved.

ORDERED this 14th day of March, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE